

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

November 24, 2021

<u>VIA ECF</u>
Hon. Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

  Re: *Khan v. Mayorkas et al.*, No. 21 Civ. 8376 (RA)

Dear Judge Abrams:

  This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Application to Register Permanent Residence or to Adjust Status (Form I-485). On behalf of both sides, I write respectfully to request that the initial conference presently scheduled for December 3, 2021, be adjourned until on or after January 3, 2022.

  The adjournment is respectfully requested because the plaintiff served this Office by mail on October 14, 2021, and thus the response to the complaint is not due until December 16, 2021. The government is still determining the status of the plaintiff's application as well as the steps in the adjudicative process and the timing therefor. The parties thus respectfully submit that an adjournment until January 3, 2022, or thereafter would be in the interests of efficiency and conservation of judicial and party resources. This is the first request to adjourn the initial conference. The plaintiff joins in this request.

  I thank the Court for its consideration of this letter.

Application granted.

The initial pretrial conference scheduled for December 3, 2021 is hereby adjourned to January 14, 2022 at 3:30 p.m. The parties' joint letter and proposed case management plan shall be filed no later than January 7, 2022. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

*[signature]*

Hon. Ronnie Abrams
11/29/2021

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *s/ Michael J. Byars*
  MICHAEL J. BYARS
  Assistant United States Attorney
  Telephone: (212) 637-2793
  Facsimile: (212) 637-2786
  E-mail: michael.byars@usdoj.gov